USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/8/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATALIA JUSCINSKA,

                Plaintiff,

v.

MESON SEVILLA, LTD. AND 344
WESTSIDE PROPERTIES, LLC,

                Defendants.

No. 19-CV-5284 (RA)

DEFAULT JUDGMENT

**NOW THEREFORE,** this action having been commenced on June 5, 2019 by the filing of the summons, civil cover sheet and complaint, and a copy of the same having been served through the Secretary of State on Defendants Meson Sevilla, Ltd. and 344 Westside Properties, LLC ("Defendants"), and proof of service having been filed on June 19, 2019, and the Defendants not having answered the complaint, and the time for answering the complaint having expired, it is

**ORDERED, ADJUDGED AND DECREED**: That Plaintiff's motion for a default judgment against Defendants is granted; accordingly, judgment is entered against Defendants as follows:

    a. Plaintiff is awarded the amount of $500 in damages;

    b. Defendants shall take all necessary steps to bring the Facility into compliance with the ADA and its implementing regulations, including by ensuring that the physical barriers and other violations set forth in Paragraph 19 of Plaintiff's Complaint are in compliance with the ADA and its implementing regulations; and

c. Defendants shall submit to Plaintiff's counsel, within sixty (60) days of the entry of judgment, a compliance plan that remedies the violations. If Defendants fail to do so, they may be subject to reasonable sanctions within the Court's discretion to compel compliance.

It is **FURTHER ORDERED** that Plaintiff shall serve a copy of this Order on Defendants by the methods described in Rule 4 of the Federal Rules of Civil Procedure, and by mailing a copy to Defendants' business address. Plaintiff shall file proof of service of these documents with the Court.

It is **FURTHER ORDERED** that Plaintiff's motion for attorneys' fees and costs shall be filed within sixty (60) days of this Order.

SO ORDERED.

Dated: January 8, 2020
New York, New York

Ronnie Abrams
United States District Judge

This document was entered on the docket on _____.