UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATALIA JUSCINSKA,

                Plaintiff,

v.

MESON SEVILLA, LTD. AND 344
WESTSIDE PROPERTIES, LLC,

                Defendants.

USDC-S.D.N.Y.
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/14/2020

19-CV-5284 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of Plaintiff's letter of December 10. *See* Dkt. 25. As directed by the Court, Plaintiff has now mailed a set of papers to Defendants at the 46th Street address. *See* Dkt. 24. Defendants will be given a final opportunity to appear by January 15, 2021, at which point the Court may entertain a motion to vacate the default judgment if there is a good faith basis to make such a motion. If Defendants have still not appeared by that date, the Court will proceed to address the pending motion for attorneys' fees.

    Plaintiff is directed to serve a copy of this order on Defendants, including to the 46th Street address, and to file proof of such service on the docket.

SO ORDERED.

Dated:    December 14, 2020
               New York, New York

                                             RONNIE ABRAMS
                                             United States District Judge

1