UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATALIA JUSCINSKA,<br><br>                Plaintiff,<br><br>      v.<br><br>MESON SEVILLA, LTD. AND 344 WESTSIDE PROPERTIES, LLC,<br><br>                Defendants. | USDC-S.D.N.Y.<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 12/23/2020<br><br>19-CV-5284 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      The Court thanks Plaintiff for providing the update at Dkt. 29 and for serving the documents to the new address identified by the Department of State. In light of this development, Defendants' final opportunity to appear is extended to **February 16, 2021**, at which point the Court may entertain a motion to vacate the default judgment if there is a good faith basis to make such a motion. As previously indicated, *see* Dkt. 26, if Defendants have still not appeared by that date, the Court will proceed to address Plaintiff's pending motion for attorneys' fees. Plaintiff is directed to serve a copy of this order on Defendants, including to the 344 West 46th Street address and the 500 West 44th Street address.

Dated:    December 23, 2020
            New York, New York

                                                    RONNIE ABRAMS
                                                    United States District Judge